■ KENNETH GORDON et al., Appellants, v PRESBYTERY OF WESTERN NEW YORK et al., Respondents. [887 NYS2d 918]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (John M. Curran, J.), entered January 8, 2009 in a declaratory judgment action. The judgment, among other things, denied plaintiffs' motion for summary judgment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Hurlbutt, J.P., Martoche, Smith, Carni and Pine, JJ.

■ MARY HUFFMAN, Respondent-Appellant, v DAVID DOYLE et al., Appellants-Respondents. [887 NYS2d 924]—Appeal and cross appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered February 23, 2009 in a personal injury action. The order denied the motion of defendants and the cross motion of plaintiff for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Carni and Pine, JJ.